BEFORE THE FIRST DIVISION, OCTOBER 3, 1939

**No. 42277.**—Protest 980126–G of Geo. S. Bush & Co., Inc. (Portland, Oreg.).

Opinion by Brown, J. It was stipulated that the fish in question is the same as that passed upon in Abstract 39806. The claim at 1¼ cents per pound under paragraph 717 (c) as unsalted dried fish was therefore sustained.